**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERCY NEWBY, )<br>PMB #308 )<br>c/o 17719 Pacific Ave. S. )<br>Spanaway, WA 98387 )<br>    )<br>    Plaintiff, )<br>    )<br>    v. )<br>    )<br>NORMAN MINETA, SECRETARY, )<br>U.S. DEPARTMENT OF )<br>TRANSPORTATION, )<br>    )<br>    Defendant. )<br>_____) | Civil No.: 05-1800 RMC<br>ECF |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests for an extension of time from December 2, 2005, to January 3, 2006, to respond to *pro se* Plaintiff Percy Newby's Complaint. A scheduling order has not been entered in this case. Pursuant to Local Rule 7(m), the undersigned counsel intended to contact Mr. Newby to seek his consent for this motion; however, the undersigned cannot locate Mr. Newby's phone number, which is not listed on his Complaint or the Court's docket.

There is good cause to grant this motion. Mr. Newby brings this action under the Administrative Procedure Act alleging that the agency-defendant impermissibly grounded his plane for not having proper registration. It appears that Mr. Newby is also bringing a *Bivens* claim against Secretary Norman Mineta in his official and individual capacity alleging violations of the Fifth Amendment. .

Since this may be a *Bivens* action additional time is needed for the individual defendant to request legal representation by the Department of Justice pursuant to 28 C.F.R. §50.15. At

present, this Office is not authorized to represent the individual defendant with respect to the merits of Mr. Newby's claims. Furthermore, the agency-defendant is in the process of evaluating Mr. Newby's claims and additional time is needed for it to complete that process.

For these reasons, the Court should grant an extension of time from December 2, 2005, to January 3, 2006, for all defendants to respond to Mr. Kinard's Complaint.[1]

Dated: November 30, 2005.            Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, D.C. BAR #451058
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　R. CRAIG LAWRENCE, D.C. BAR #171538
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JOHN C. TRUONG, D.C. BAR #465901
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　(202) 307-0406

　　　　　　　　　　　　　　　　　　Attorneys for Defendants

---

[1]　　In making this motion the agency-defendant and Secretary Mineta do not waive any defenses available to them under Fed. R. Civ. P. 12, including immunity from suit.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PERCY NEWBY, | ) | |
| PMB #308 | ) | |
| c/o 17719 Pacific Ave. S. | ) | |
| Spanaway, WA 98387 | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.: 05-1800 RMC |
| | ) | ECF |
| v. | ) | |
| | ) | |
| NORMAN MINETA, SECRETARY, | ) | |
| U.S. DEPARTMENT OF | ) | |
| TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR**
**AN EXTENSION OF TIME**

Upon consideration of Defendants' Motion for An Extension of Time and the entire record herein, it is this _____ day of December, 2005,

ORDERED that Defendant's Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up and including January 3, 2006, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 30th day of November , 2005, service of the foregoing Defendants' Motion for Extension of  was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to pro se plaintiff addressed as follows:

Mr. Percy Newby
PMB #308
c/o 17719 Pacific Ave. S.
Spanaway, WA 98387

                                       /s/
                               JOHN C. TRUONG
                               Assistant United States Attorney