UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERCY NEWBY,  )<br>PMB #308  )<br>c/o 17719 Pacific Ave. S.  )<br>Spanaway, WA 98387  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NORMAN MINETA, SECRETARY,  )<br>U.S. DEPARTMENT OF  )<br>TRANSPORTATION,  )<br>  )<br>    Defendant.  )<br>_____ ) | Civil No.: 05-1800 RMC<br>ECF |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests for an extension of time from January 3, 2006, to February 3, 2006, respond to *pro se* Plaintiff Percy Newby's Complaint. A scheduling order has not been entered in this case. Pursuant to Local Rule 7(m), the undersigned counsel intended to contact Mr. Newby to seek his consent for this motion; however, the undersigned cannot locate Mr. Newby's phone number, which is not listed on his Complaint or the Court's docket.

There is good cause to grant this motion. As explained in Defendant's first motion for extension of time, it appears that Mr. Newby is bringing this action under the Administrative Procedure Act alleging that the agency-defendant impermissibly grounded his plane for not having proper registration. It also appears that Mr. Newby is also bringing a *Bivens* claim against Secretary Norman Mineta in his official and individual capacity alleging violations of the Fifth Amendment.

As previously explained, since this may be a *Bivens* action additional time was needed

for the individual defendant to request legal representation by the Department of Justice pursuant to 28 C.F.R. §50.15.  Currently, that process has not been completed.  More importantly, at present, this Office is not authorized to represent the individual defendant with respect to the merits of Mr. Newby's claims.  Therefore, additional time is needed so that the request for legal representation process can be completed and all defendants can substantively respond to Mr. Newby's Complaint.  Finally, the agency-defendant is in the process of trying to determine the precise nature Mr. Newby's convoluted Complaint and the extra time is needed for it to evaluate his claims.

For these reasons, the Court should grant an extension of time from January 3, 2006, to February 3, 2006, for all defendants to respond to Mr. Newby's Complaint.[1]

Dated: December 29, 2005.                    Respectfully Submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

/s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants

---

[1] In making this motion the agency-defendant and Secretary Mineta do not waive any defenses available to them under Fed. R. Civ. P. 12, including immunity from suit.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PERCY NEWBY, | ) | |
| PMB #308 | ) | |
| c/o 17719 Pacific Ave. S. | ) | |
| Spanaway, WA 98387 | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.: 05-1800 RMC |
| | ) | ECF |
| v. | ) | |
| | ) | |
| NORMAN MINETA, SECRETARY, | ) | |
| U.S. DEPARTMENT OF | ) | |
| TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
AN EXTENSION OF TIME**

Upon consideration of Defendants' Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 200_,

ORDERED that Defendant's Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up and including February 3, 2006, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on December 29, 2005, service of the foregoing Defendants' Motion for Extension of Time was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to pro se plaintiff addressed as follows:

Mr. Percy Newby
PMB #308
c/o 17719 Pacific Ave. S.
Spanaway, WA 98387

                                                /s/
                                      JOHN C. TRUONG
                                      Assistant United States Attorney