*PLAINTIFF:*
Percy Newby, TRUSTEE
PMB #308
C/o 17719 Pacific Ave. S.
Spanaway
Washington

### District Court of the United States
#### For the District of Columbia

| | |
|---|---|
| **Percy Newby,** TRUSTEE<br>PLAINTIFF<br><br>VS.<br><br>**DEPARTMENT OF TRANSPORTATION;** et al.<br>DEFENDANTS | No.<br><br>**05-CV-01800 RMC**<br><br>MOTION FOR PRELIMINARY INJUNCTION PER FRCP 65<br><br><u>Service</u><br>by United States Mail, posted January 17, 2006 per certificate affixed below |

**COMES NOW THE PLAINTIFF** to move the court for a preliminary injunction as provided at FRCP 65:

### VERIFICATION

<u>WITNESS TESTIMONY</u>

Pierce county                )
                             )   *DECLARATION*
Washington state             )

Declarant states that Declarant is competent to be a witness and that the facts alleged in this complaint are true and correct to the best of Declarant's first hand knowledge and belief under

---

Newby-Trustee v Mineta PRELIMINARY INJUNCTION MTN.doc

**RECEIVED**

JAN 2 0 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

penalty of perjury pursuant to the law of <u>The People of the State of Washington</u>.

*[signature]*

Kenneth Wayne, Declarant

January 17, 2006
Date

## 2ND WITNESS TESTIMONY

Pierce county                    )
                                 )   DECLARATION
Washington state                 )

Declarant states that Declarant is competent to be a witness and that the facts alleged in this complaint are true and correct to the best of Declarant's first hand knowledge and belief under penalty of perjury pursuant to the law of <u>The People of the State of Washington</u>.

*[signature]*

Percy Newby, Declarant

January 17, 2006
Date

## ANCIENT MAXIM OF LAW

"**at the mouth of two witnesses, …, shall the matter be established**" Deuteronomy 19:15 KJV.

### FACTS

1. Plaintiff's claims are supported by the uncontroverted administrative (common-law) record between the parties as appears as a matter of record, the evidence submitted with Plaintiff's complaint and incorporated herein as if fully reproduced herein.

2. Plaintiff suffers irreparable damage on a day-

to-day basis as a result of Defendants' ongoing refusal to either:

    a. Enter Plaintiff's principal's Airplane in the federal airplane registry as the property of the Plaintiff's principal, issue documentation of such entry, and establishing the fact of such registration in the Defendants' database(s); or in the alternative,

    b. Provide Plaintiff alternative documentation that will prevent further administrative, civil, and/or criminal prosecution of Plaintiff's principal's officers who fly Plaintiff's principal's airplane.

3. The ongoing deprivation of the property right is irreparable, the loss of use of property rights during the intervening period never recoverable, the loss of experience, expertise, and opportunities for flying time and experience are never recoverable.

4. Even if Plaintiff is eventually compensated for the unlawful taking of Plaintiff's principal's property, the <u>compensatory amounts will ultimately be paid by the United States as judgment damages</u>.

5. Defendants will suffer no injury or costs as a result of the issuance of a preliminary injunction.

6. Defendants may be protected from a portion of compensatory damages that may ultimately be awarded

to Plaintiff for the taking of property, THUS A PRELIMINARY INJUNCTION WOULD PROTECT THE INTERESTS OF THE United States AS MUCH AS IT WOULD PROTECT THE PLAINTIFF'S INTERESTS.

7. On the remote possibility that Defendants' were to prevail in the face of the uncontroverted administrative record, the tolling of any outstanding actions, prosecutions, and/or judgments that would be stayed as a result of a preliminary injunction preventing the Defendants' from any injury or damage.

8. Defendants' repeated delays in appearing and answering, whether otherwise justified or not, effectively deny Plaintiff his "day-in-court" upon which Plaintiff could obtain a prompt remedy to the wrongs complained of.

**LAW**

9. FRCP 65 provides for the issuance of a preliminary injunction.

10. FRCP 65(c) requires that security be posted by a party to cover any potential injury or damages which an adverse party may incur as a result of the preliminary injunction. In the instant matter, there is no potential for injury or damage to Defendants resulting from the issuance of a

preliminary injunction, and the injunction may aid the Defendants by preventing Plaintiff from accruing further damages.

## CONCLUSION

11. The court should issue the requested preliminary injunction, without, or with nominal, security requirements on the following grounds:

   A. Plaintiff's complaint is based upon an uncontroverted administrative record supporting Plaintiff's claims;

   B. Defendants repeated delays in appearing and answering the complaint effectively deny Plaintiff his day in court as to the underlying subject matter of the action;

   C. Plaintiff will continue to incur day-to-day damages and injuries, many irreparable and unrecoverable during the time the action is pending unless the preliminary injunction is granted;

   D. A preliminary injunction will likely protect the United States and Defendants from further liability in future litigation relating to the subject matter of the underlying action,

   E. Defendants will not suffer any injury or damages as a result of the issuance of a preliminary injunction.

WHEREFORE Plaintiff requests the court issue its

preliminary injunction providing:

Defendants, inclusive of all principals, officers, agents, and instrumentalities, shall stay, and shall NOT initiate any administrative, civil, or criminal proceeding relating to the operation of the 1960 Cessna 174, Serial #47688 until judgment is entered in the above captioned action unless otherwise modified or ordered by this court.

The stay mandated by this injunction shall stay the tolling of any period of time relevant to any action so stayed as to any action initiated prior to the issuance of this injunction.

Respectfully presented this ___ day of ____, 2006.

*P Newby*

Percy Newby, TRUSTEE
Plaintiff

---

**SERVICE CERTIFICATE**

Declarant states that Declarant is competent to be a witness and that Declarant placed a copy of the instrument to which this certificate is affixed in the United States mail, First Class Postage prepaid addressed to each party and/or party's counsel as provided by law.

Signature _Jeanne Stockinger_

Name _Jeanne Stockinger_

Date Executed _1-17-06_

---