UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERCY NEWBY,  )<br>PMB #308  )<br>c/o 17719 Pacific Ave. S.  )<br>Spanaway, WA 98387  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NORMAN MINETA, SECRETARY,  )<br>U.S. DEPARTMENT OF  )<br>TRANSPORTATION,  )<br>  )<br>    Defendant.  )<br>_____ ) | Civil No.: 05-1800 RMC<br>ECF |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request for an extension of time from January 27, 2006, to February 3, 2006, to respond to *pro se* Plaintiff Percy Newby's preliminary injunction motion. A scheduling order has not been entered in this case. However, on January 19, 2006, the Court ordered that Defendants respond to Mr. Newby's Complaint by February 3, 2006, with no further extensions allowed. See Jan. 19, 2006 Minute Order.

Pursuant to Local Rule 7(m), the undersigned counsel intended to contact Mr. Newby to seek his consent for this motion; however, the undersigned cannot locate Mr. Newby's phone number, which is not listed on his Complaint or the Court's docket.

There is good cause to grant this motion. It appears that on January 17, 2006, Mr. Newby mailed a copy of his "Motion for Preliminary Injunction Per FRCP 65" to the undersigned. This motion was not docketed with the Court until January 20, 2006. See Dkt No. 11. However, the undersigned did not receive ECF notice of this preliminary injunction motion

until January 24, 2006. See Gov. Exh. A. On that same day, the undersigned also received a service copy of same from Mr. Newby. See Gov. Exh. B.

Under Local Rule 65.1(c), Defendants have until January 27, 2006, to respond to the preliminary injunction motion (counting from January 20, 2006). Mr. Newby's preliminary injunction motion raises the same issues alleged in his Complaint. Defendants intend to move to dismiss or, in the alternative, for summary judgment on Mr. Newby's Complaint by February 3, 2006. The arguments in Defendants' dispositive motion will address the assertions in Mr. Newby's preliminary injunction motion. Therefore, it would conserve the parties' resources and advance judicial efficiency for Defendants to respond to both Mr. Newby's Complaint and preliminary injunction motion in a single, consolidated filing. At that point, the Court can rule on the merits of both Mr. Newby's preliminary injunction motion and his Complaint. See Fed. R. Civ. P. 65(a)(2) (allowing the court to consolidate and decide on the merits the preliminary injunction motion and the underlying Complaint).

For these reasons, the Court should grant an extension of time from January 27, 2006, to February 3, 2006, for Defendants to respond to Mr. Newby' preliminary injunction motion.[1]

Dated: January 25, 2005.                Respectfully Submitted,

                                        /s/
                                        KENNETH L. WAINSTEIN, D.C. BAR #451058
                                        United States Attorney

                                        /s/
                                        R. CRAIG LAWRENCE, D.C. BAR #171538
                                        Assistant United States Attorney

---

[1] In making this motion the agency-defendant and Secretary Mineta do not waive any defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

                          /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERCY NEWBY, )<br>PMB #308 )<br>c/o 17719 Pacific Ave. S. )<br>Spanaway, WA 98387 )<br>  )<br>     Plaintiff, )<br>  )<br>v. )<br>  )<br>NORMAN MINETA, SECRETARY, )<br>U.S. DEPARTMENT OF )<br>TRANSPORTATION, )<br>  )<br>     Defendant. )<br>_____) | Civil No.: 05-1800 RMC<br>ECF |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
AN EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Defendants' Motion for An Extension of Time and the entire record herein, it is this _____ day of January, 2006,

ORDERED that Defendant's Motion for An Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up and including February 3, 2006, to respond to Plaintiff's Motion for Preliminary Injunction.

SO ORDERED.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on January 25, 2006, service of the foregoing Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to pro se plaintiff addressed as follows:

Mr. Percy Newby
PMB #308
c/o 17719 Pacific Ave. S.
Spanaway, WA 98387

                                                 /s/
                                  JOHN C. TRUONG
                                  Assistant United States Attorney