**Truong, John**

---

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Tuesday, January 24, 2006 11:52 AM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-01800-RMC NEWBY v. DEPARTMENT OF TRANSPORTATION et al "Motion for Preliminary Injunction"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from entered on 1/24/2006 at 11:52 AM EDT and filed on 1/20/2006

**Case Name:**        NEWBY v. DEPARTMENT OF TRANSPORTATION et al
**Case Number:**    1:05-cv-1800
**Filer:**                 PERCY NEWBY
**Document Number:** 11

**Docket Text:**
MOTION for Preliminary Injunction by PERCY NEWBY. (tg, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Scan Repository\gumiel\05-1800mot.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/24/2006] [FileNumber=1002302-0]
[227ac287ef93a62ac96f355bf43192fc5c109062d0b567b8efb1d37ec1379b366120
5a6220e5bd4f4ca0b22e40a80e3fd90681c20312109c81130cb4bc704bad]]

**1:05-cv-1800 Notice will be electronically mailed to:**

John C. Truong      john.truong@usdoj.gov

**1:05-cv-1800 Notice will be delivered by other means to:**

PERCY NEWBY
17719 Pacific Avenue, South
PMB # 308
Spanaway, WA 98387-8334



**17719** PACIFIC AVE. S.
PMB 308
**SPANAWAY**, WASHINGTON
98387



stamps.com    **$1.110**
JAN 17 2006
US POSTAGE
**FIRST-CLASS MAIL**
MAILED FROM 98387

STAMPS.COM    062S0000850433

**U.S. DEPARTMENT OF JUSTICE**

**JAN 2 4 2006**

**MAIN MAILROOM**

John C. Truong, DC Bar #456901
Kenneth L. Wainstein, DC Bar #451058
US ATT'S OFF FOR THE DIST OF COLUMBIA
555 Fourth St. NW
Washington DC 20530-0001



GOVERNMENT
EXHIBIT
B