**DECLARATION OF
CONNIE E. JONES**

CONNIE E. JONES hereby declares as follows:

1. That I am currently employed by the Federal Aviation Administration as a Supervisory Program Analyst with the Technical Section of the FAA Aircraft Registry, located in Oklahoma City, Oklahoma.

2. That the Aircraft Registry maintains registration records on individual aircraft registered in the United States, and reviews applications for registration for purposes of granting or denying registration of civil aircraft in the United States. The Aircraft Registry, located in Oklahoma City, Oklahoma, is the centralized system established for recordation of interests affecting aircraft, pursuant to Federal statutory and regulatory authority (49 U.S.C. § 44107(a); 14 C.F.R. § 49.11).

3. The Technical Section of the Registry is responsible for the aircraft registration regulatory program. The regulatory program provides input into Federal law and regulation, registration, and recordation guidance for FAA field offices worldwide, procedure guidance for legal instruments examiners, and policy analysis for other FAA offices.

4. As supervisor of the Technical Section of the Aircraft Registry, I am familiar with the statutory and regulatory requirements for the registration of aircraft in the United States.

5. As required by Title 14 CFR Section 47.35(a)(2), an applicant for aircraft registration must submit conveyances or other instruments showing consecutive transactions from the last registered owner through each intervening owner to the applicant. Further, pursuant to 14 CFR Section 47.11(h), a trustee of property which includes an aircraft must submit a true and complete copy of the trust instrument creating the trust.

6. On September 3, 2003, a copy of an aircraft bill of sale showing Fern Christensen as seller and Timeshare Toys as purchaser was submitted on aircraft N9888T (Attachment A).

7. On October 27, 2003, a letter was sent by the FAA Aircraft Registry to Timeshare Toys, advising that the bill of sale submitted on September 3, 2003 should be signed in ink by Fern Christensen. The letter also requested that a completed Aircraft Registration Application and a signed bill of sale conveying the aircraft from Andrew L. Christenson to Fern Christensen, be submitted to the Aircraft Registry, pursuant to Sections 47.31(a)(1) and 47.35(a)(2) of the Federal Aviation Regulations (Attachment B).

8.  Kenneth Wayne, an Executive Trustee of Timeshare Toys, issued a letter dated December 16, 2003, to the Aircraft Registry declining to submit bills of sale requested by the Aircraft Registry in its letter of October 27, 2003 (Attachment C).  Mr. Wayne's letter was received at the Aircraft Registry on January 7, 2004, together with (1) an Aircraft Registration Application dated December 15, 2003, which requested that the aircraft be registered in the name of "Timeshare Toys, Kenneth Wayne, Executive Trustee" (Attachment D); (2) another copy of the bill of sale from Fern Christensen to Timeshare Toys; and (3) an affidavit stating that Fern Christensen was the heir-at-law of Andrew Christensen, deceased owner of the aircraft. ( D 2 )

9.  On March 5, 2004, the Aircraft Registry forwarded a letter (Attachment E) to Mr. Wayne requesting the bills of sale requested in an earlier letter and a certified true copy of the business trust instrument which was the basis for the December 15, 2003 Aircraft Registration Application, along with an affidavit certifying the U.S. citizenship of beneficiaries and other persons with a security interest in the trust.

10.  To date, the requested instruments have not been submitted by Mr. Wayne or Timeshare Toys, and, for this reason, registration of aircraft N9888T has not been issued in the name of Timeshare Toys.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Februar 2_, 2006.

Connie E. Jones
Supervisor, Technical Section
Aircraft Registry
Federal Aviation Administration