000000000334

★U.S.GPO:1992-0-769-122

| UNITED STATES OF AMERICA | FORM APPROVED |
|---|---|
| U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION | OMB NO. 2120-0042 |

**AIRCRAFT BILL OF SALE**

HH OCT 27 2003

CERTIFIED COPY

of

cert copy

FOR AND IN CONSIDERATION OF $ 21.00 + THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

UNITED STATES REGISTRATION NUMBER N 9888 T

AIRCRAFT MANUFACTURER & MODEL Cessna / 47688 / 172

AIRCRAFT SERIAL No. 47688

DOES THIS 6 DAY OF June 2003 HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**
NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL)

Timeshare Toys
% 17719 Pacific Ave. S. #308
Spanaway, Washington

DEALER CERTIFICATE NUMBER

AND TO EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF.

IN TESTIMONY WHEREOF  HAVE SET  HAND AND SEAL THIS  DAY OF  19

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| Fern Christensen | Fern Christensen | Owner |
| | | |
| | | |
| | | |

**SELLER**

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING. HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

ORIGINAL: TO FAA

AC Form 8050-2 (9/92) (NSN 0052-00-629-0003) Supersedes Previous Edition

GOVERNMENT EXHIBIT A

CERTIFIED TRUE COPY
Having examined the Original and this Copy, I hereby Certify that the Instrument to which this Certificate is affixed is a true and correct copy of the Original instrument whereupon I have set my hand and seal this 25 day of June 2003.

Notary Signature
PATRICIA B. WATKINS
Washington Notary Commission
Expires: Nov. 25, 2006



U.S. Department
of Transportation

**Federal Aviation Administration**



lards Service
istration Branch,

P.O. Box 25604
Oklahoma City, Oklahoma 73125-0504
(405) 954-3116
WEB Address: http://registry.faa.gov

10/27/2003

OPERATION OF AN UNREGISTERED AIRCRAFT IS A VIOLATION AND MAY BE SUBJECT TO CIVIL PENALTIES.

TIMESHARE TOYS
17719 PACIFIC AVE S #308
SPANAWAY WA 98387

A certificate of registration may be issued in your name for N9888T upon your compliance with items checked below.

☐ Include legal name of owner in purchaser's block on enclosed bill of sale. _____
☒ Submit completed Aircraft Registration Application, signed in INK. Form enclosed.
☒ Bill of sale must be signed in INK by FERN CHRISTENSEN or you may submit the original along with the certified true copy of the bill of sale. The certified copy will be recorded & the original **. Carbon signatures are not acceptable.
☐ Show corporate title of person signing for _____
☐ A physical location or physical address must also be shown on the application in addition to the post office box. _____
☐ Check Type of Registration block (must agree with title of signer). _____
☐ Clarify title of signer (must agree with Type of Registration checked). _____
☐ Show _____
☐ Show complete description of aircraft. _____
☒ Submit documentary evidence of ownership, (bill of sale, etc.) signed in INK by the seller(s) for each change in ownership from ANDREW L CHRISTENSEN
to FERN CHRISTENSEN
☒ Submit registration fee of $5.00. Please return this letter with remittance.
☐ Submit authorization for _____
☐ Submit copy of Articles of Organization.
☐ Submit certified true copy of Resolution of the Board of Directors _____
☐ Submit notarized affidavit signed by trustee(s) certifying citizenship of each beneficiary, and each person who may have a security interest incorporated in the trust.
☐ See Item(s) _____ on enclosed sheet.

**will be returned to you, with the recording information shown.

If you do not wish to register the aircraft, please notify the Civil Aviation Registry in writing, stating the specific reason for the cancellation (i.e., scrapped, destroyed, etc.,). Evidence of ownership must accompany the request if not previously submitted.

*Sheila Huggins*

SHEILA HUGGINS
Legal Instruments Examiner
Aircraft Registration Branch
Enclosure
8050.1 & cert cpy bos

AC 8050-42



# Timeshare Toys

17719 Pacific Ave. S. #308
Spanaway
Washington

December 16, 2003

C

**FEDERAL AVIATION ADMINISTRATION**
PO Box 25504
Oklahoma City, Oklahoma 73125

Attn: Sheila Huggins

Certified Mail # 7003 1010 0008 2077 2024

Re: Ownership of Cessna 172; Ser. #47688; N9888T

Greetings to our public Servant(s),

Your written request that we provide you possession of the original proof of ownership (Bill of Sale) was presented to the Board of Trustees. The Board convened a special meeting on December 15, 2003 to consider your request. Your request has been conditionally denied on the grounds stated in the SPECIAL RESOLUTION OF THE BOARD OF TRUSTEES an <u>evidentiary</u> true copy of which is attached hereto.

You may observe from the Public Records <u>evidence</u>, as published at Pierce county, Washington, that we have registered our airplane through Consular & Diplomatic Transport Services; a lien has been placed on the airplane by Keny Companies; and we are the registered owner.

The trustees' intent, as constituents of (one or more) of the several united States of America, is to provide for recognition by the United States of their interests and the protection of that interest in the event of international activity relating to the private property interests of the organization. In the event we are not using the correct process to accomplish that objective, please direct us to the proper statues, regulations, and /or forms relating to that end.

Please refer to our prior letter, dated August 25, 2003, or submit further inquiry in writing for further information or instruction

Respectfully submitted,

Timeshare Toys

By:

Kenneth Wayne, Executive Trustee

Cc:  FAA Administrator
     Secretary of Transportation, United States
     Attorney General, United States


GOVERNMENT EXHIBIT C