D

UNITED STATES OF AMERICA DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION-MIKE MONRONEY AERONAUTICAL C
AIRCRAFT REGISTRATION APPLICATION

| UNITED STATES REGISTRATION NUMBER | N 9888 T |
|---|---|

AIRCRAFT MANUFACTURER & MODEL: Cessna 172

AIRCRAFT SERIAL No.: 47688

FOR FAA USE ONLY

TYPE OF REGISTRATION (Check one box)
☒ Business Trust
☐ 1. Individual  ☐ 2. Partnership  ☐ 3. Corporation  ☐ 4. Co-owner  ☐ 5. Gov't.  ☐ 8. Non-Citizen Corporation

NAME OF APPLICANT (Person(s) shown on evidence of ownership. If individual, give last name, first name, and middle initial.)
Timeshare Toys
Kenneth Wayne, Executive Trustee

TELEPHONE NUMBER: (253) 875-3131

ADDRESS (Permanent mailing address for first applicant listed.)
Number and street: 8 17719 Pacific Ave S. #308
Rural Route:                    P.O. Box:
CITY: Spanaway   STATE: Washington   ZIP CODE: 98387

☐ CHECK HERE IF YOU ARE ONLY REPORTING A CHANGE OF ADDRESS

ATTENTION! Read the following statement before signing this application.
This portion MUST be completed.

A false or dishonest answer to any question in this application may be grounds for punishment by fine and / or imprisonment (U.S. Code, Title 18, Sec. 1001).

## CERTIFICATION

I/WE CERTIFY:
(1) That the above aircraft is owned by the undersigned applicant, who is a Constituent citizen (including corporations) of the United States.
(For voting trust, give name of trustee:) _____, or:

CHECK ONE AS APPROPRIATE:
a. ☐ A resident alien, with alien registration (Form 1-151 or Form 1-551) No. _____
b. ☐ A non-citizen corporation organized and doing business under the laws of (state) _____ and said aircraft is based and primarily used in the United States. Records or flight hours are available for inspection at _____

(2) That the aircraft is not registered under the laws of any foreign country; and
(3) That legal evidence of ownership is attached or has been filed with the Federal Aviation Administration.

NOTE: If executed for co-ownership all applicants must sign. Use reverse side if necessary.

Subject To Letter dated December 16, 2003.
TYPE OR PRINT NAME BELOW SIGNATURE

| SIGNATURE | TITLE | DATE |
|---|---|---|
| Timeshare Toys by: [signature] | Executive Trustee | 12-15-2003 |
| SIGNATURE | TITLE | DATE |
| SIGNATURE | TITLE | DATE |

NOTE: Pending receipt of the Certificate of Aircraft Registration, the aircraft may be operated for a period not in excess of 90 days, during which time the PINK copy of this application must be carried in the aircraft.

AC Form 8050-1 (12/90) (0052-00-628-9007) Supersedes Previous Edition


GOVERNMENT EXHIBIT D

0 0 0 0 0 0 0 0 0 3 3 9
0 0 0 0 0 0 0 0 *U.S.GPO: 992-0-759-124|

| UNITED STATES OF AMERICA | FORM APPROVED |
| --- | --- |
| U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION | OMB NO. 2120-0042 |

### AIRCRAFT BILL OF SALE

HH MAR 5 2004

**CERTIFIED COPY** of cert copy

FOR AND IN CONSIDERATION OF $ 21.00 + THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

UNITED STATES REGISTRATION NUMBER: N 9888 T

AIRCRAFT MANUFACTURER & MODEL: Cessna / 47688 / 172

AIRCRAFT SERIAL No.: 47688

DOES THIS 6 DAY OF June 2003 HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block FOR FAA USE ONLY

**PURCHASER**
NAME AND ADDRESS (IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

Timeshare Toys
c/o 17719 Pacific Ave. S. #308
Spanaway, Washington

DEALER CERTIFICATE NUMBER

AND TO EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF.

IN TESTIMONY WHEREOF  HAVE SET  HAND AND SEAL THIS  DAY OF  19

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) | TITLE (TYPED OR PRINTED) |
| --- | --- | --- |
| Fern Christensen | Fern Christensen | Owner |
| | | |
| | | |

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING; HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

ORIGINAL: TO FAA

AC Form 8050-2 (9/92) (NSN: 0052-00-629-0003) Supersedes Previous Edition



GOVERNMENT EXHIBIT D1



CERTIFIED TRUE COPY
Having examined the Original and this copy, I hereby Certify that the Instrument to which this Certificate is affixed is a true and correct copy of the Original Instrument whereupon I have set my hand and seal this 25 day of June 2003.

Signature
PATRICIA B. WATKINS
Washington Notary Commission
Expires: Nov. 25, 2006

FILED WITH FAA
AIRCRAFT REGISTRATION BR
'03 SEP 3 AM 10 15
OKLAHOMA CITY
OKLAHOMA

FILED WITH FAA
AIRCRAFT REGISTRATION BR
2004 JAN 7 PM 2 21
OKLAHOMA CITY
OKLAHOMA

FILED WITH FAA
AIRCRAFT REGISTRATION BR
'03 SEP 2 PM 2 15
OKLAHOMA CITY
OKLAHOMA

0 0 0 0 0 0 0 1 8 9 3

DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION
AIRCRAFT REGISTRATION BRANCH
P.O. Box 25504
Oklahoma City, Oklahoma 73125-0504

HH MAR 5 2004

**CERTIFIED COPY**
of cert copy.

THIS IS ONLY A SUGGESTED FORM WHICH MAY BE USED TO SUBSTANTIATE ONE'S AUTHORITY TO ACT ON BEHALF OF THE ESTATE OF A DECEASED AIRCRAFT OWNER WHEN NO EXECUTOR OR ADMINISTRATOR HAS BEEN OR WILL BE APPOINTED.

NAME OF DECEDENT: ANDREW Christensen

NAME & ADDRESS OF HEIR-AT-LAW:
Fern Christensen
242 w. 678 ST
Hurricane Utah 84737

FAA REGISTRATION NUMBER: N 9885 T
AIRCRAFT SERIAL NUMBER: 47688

AIRCRAFT MANUFACTURER (BUILDER) & MODEL: Cessna - 1960 - 172A

(ABOVE THIS SPACE FOR FAA USE ONLY)

## AFFIDAVIT OF HEIR-AT-LAW

I, Fern Christensen (name of affiant), the undersigned, hereby state that I am the heir-at-law of Andrew Christensen, deceased owner of the above described aircraft; that no application for appointment of an executor or administrator has been made; that so far as I can determine none will be made; and that I am the person entitled to, and having the right to dispose of, the aircraft under the applicable law of the State of California, and that the signing of this form is not in conflict with the laws of this state.

4-25-03 (DATE)   SIGNATURE: Fern Christensen — Heir-at-law

SUBSCRIBED AND SWORN TO BEFORE ME THIS 25 DAY OF April, 2003

Geneva C. Bringhurst
NOTARY PUBLIC

MY COMMISSION EXPIRES 11-26-2006

**CERTIFIED TRUE COPY**
Having examined the Original and this Copy, I hereby Certify that the Instrument to which this Certificate is affixed is a true and correct copy of the Original instrument, whereupon I have set my hand and seal this 31 day of Oct., 2003.

Patricia B. Watkins
Notary Signature
PATRICIA B. WATKINS
Washington Notary Commission
Expires: Nov. 25, 2006





NOTARY PUBLIC
GENEVA C. BRINGHURST
279 W State St
Hurricane, Utah 84737
My Commission Expires
November 26, 2006
STATE OF UTAH



GOVERNMENT EXHIBIT
D2

```
FILED WITH FAA
AIRCRAFT REGISTRATION BR

2004 JAN 7 PM 2 21

OKLAHOMA CITY
OKLAHOMA
```



U.S. Department
of Transportation

**Federal Aviation Administration**

Flight Standards Service
Aircraft Registration Branch, AFS-750

P.O. Box 25504
Oklahoma City, Oklahoma 73125-0504
(405) 954-3116
WEB Address: http://registry.faa.gov

March 5, 2004

TIMESHARE TOYS
17719 PACIFIC AVE S #308
SPANAWAY WA 98387

Dear Mr. Wayne:

The certified true copies of the bills of sale from Fern Christensen to Timeshare Toys, application for registration in the name of Timeshare Toys, and certified true copy of the heir at law affidavit by Fern Christensen along with your correspondence have been received on aircraft N9888T, serial number 47688, Cessna 172A.

Before the aircraft may be registered and a certificate issued in your name the following are required:

    a. Heir-at-law affidavit and the bill of sale dated June 6, 2003, from Fern Christensen to Timeshare Toys must be signed in ink by Fern Christensen according to 14 Code of Federal Regulations (CFR) Part 47.13(a), Part 49.13(a), & 49.17(a).

    b. Submit certified true copy of the complete business trust and an affidavit signed in ink by the trustee(s) certifying citizenship of each beneficiary and each person who may have a security interest in the trust as stated in 14CFR 47.7(c) and 14CFR 47.11(h).

    c. Submit registration application signed in ink by the trustee. The application dated December 15, 2003, has *citizen* marked out and *constituent* added. To register an aircraft, the applicant must qualify as a United States citizen as outlined in 14CFR 47.2 and 14CFR 47.3(a)(b)(c).

    d. Clarification regarding legal name of owner. Washington State registration shows the legal owner as Keny Companies. Submit conveyances completing the chain of ownership from the last registered owner, through any intervening owners, to the applicant. An aircraft may be registered only by and in the *legal name of its owner* according to 14CFR 47.5(b).



GOVERNMENT EXHIBIT

The operation of an unregistered aircraft is a violation and the owner may be subject to civil penalties according to 14CFR 91.203. If we may be of further assistance, call the Aircraft Registration Branch at (405) 954-3116.

Sincerely,

/s/

SHEILA HUGGINS
Legal Instrument Examiner
Aircraft Registration Branch

Enclosures