*PLAINTIFF:*
Percy Newby, TRUSTEE
PMB #308
C/o 17719 Pacific Ave. S.
Spanaway
Washington

## District Court of the United States
### For the District of Columbia

| | |
|---|---|
| **Percy Newby**, TRUSTEE<br>PLAINTIFF<br><br>VS.<br><br>DEPARTMENT OF<br>TRANSPORTATION; et al.<br>DEFENDANTS | No.<br><br>05-CV-01800 RMC<br><br>**CONDITIONAL**<br>— QUO WARRANTO —<br>STIPULATION TO STAY OF<br>DISCOVERY PENDING RULING<br>ON MOTION TO DISMISS<br><br>Service |

**COMES NOW THE PLAINTIFF** to provide the court CONDITIONAL stipulation to Defendants' motion to stay discovery pending ruling on motion to dismiss.

### CONDITION

**QUO WARRANTO:** The attorneys appearing for the Defendants have previously certified to the court pursuant to FRCP 11 that they did not have the certificate required by statute to represent the defendants, see Defendants' MOTION FOR TIME Docket

Newby-Trustee v Mineta CONDITIONAL Stipulation to stay discovery.doc



FEB 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

#6 incorporated herein by this reference.

Plaintiff requests and demands that before the court hears the attorneys' pleadings and process that the court require that the statutory certificate authorizing representation by the United States Attorney be made a matter of the courts' record as to each Defendant the attorneys' purport to represent, or in the alternative strike said attorneys' pleadings and process from the record as prohibited by statute.

### STIPULATION

**SUBJECT TO the above condition**, Plaintiff stipulates to a stay of discovery pending ruling on the outstanding motion to dismiss.

Respectfully presented this 16th day of February 2006.

*/s/ P Newby*

Percy Newby, TRUSTEE
Plaintiff

**SERVICE CERTIFICATE**
Declarant states that Declarant is competent to be a witness and that Declarant placed a copy of the instrument to which this certificate is affixed in the United States mail, First Class Postage prepaid addressed to each party and/or party's counsel as provided by law.

Signature _Jeanne Stockinger_
Name _Jeanne Stockinger_
Date Executed _2-17-06_