*PLAINTIFF:*
Percy Newby, TRUSTEE
PMB #308
C/o 17719 Pacific Ave. S.
Spanaway
Washington

District Court of the United States
For the District of Columbia

| | |
|---|---|
| **Percy Newby**, TRUSTEE<br>PLAINTIFF<br><br>VS.<br><br>**DEPARTMENT OF<br>TRANSPORTATION;** et al.<br>DEFENDANTS | No.<br><br>**05-CV-01800 RMC**<br><br>CERTIFICATE OF COMPLIANCE<br>WITH ORDER (DKT #19)<br><br>**Service** |

**COMES NOW THE PLAINTIFF** to certify to the record that Plaintiff had complied with the requirement(s) of the ORDER (Dkt #19) prior to the issuance of the ORDER.

*Pierce county         )*
*                      )    DECLARATION*
*Washington state      )*
*Declarant states that Declarant is competent to be a witness and that the facts alleged in the instrument to which this verification is affixed are true and correct to the best of Declarant's first hand knowledge and belief under penalty of perjury pursuant to the law of <u>The People of the State of Washington</u>.*

*[signature: P Newby]*

*Percy Newby, Declarant*            February 24, 2006
                                    *Date*

---
Page 1 of 2
Newby-Trustee v Mineta COMPLIANCE CERTIFICATE re DKT19.doc

**RECEIVED**

FEB 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## TESTIMONY CERTIFYING COMPLIANCE

Plaintiff Mailed Plaintiff's objections to the dismissal motion on or about February 16, 2006 after receiving service by US Mail of Defendants' motion on February 6, 2006. Plaintiff does not receive electronic service via the PACER/ECF program. Plaintiff is unable to file his responsive process via the PACER/ECF program.

A copy of the court's docket, attached hereto, shows that the court filed Plaintiff's objections as Docket entry #17 dated February 21, 2006.

Plaintiff refers the court to its record as further evidence of compliance with the ORDER (Docket #19).

Executed the 24th day of February 2006.

*[signature: P Newby]*

Percy Newby, TRUSTEE
Plaintiff

---

**SERVICE CERTIFICATE**

Declarant states that Declarant is competent to be a witness and that Declarant placed a copy of the instrument to which this certificate is affixed in the United States mail, First Class Postage prepaid addressed to each party and/or party's counsel as provided by law.

Signature *[signature]*

Name  Kenneth Wayne

Date Executed  2-24-2006

---