## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PERCY NEWBY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.: 05-1800 RMC |
| | ) | ECF |
| v. | ) | |
| | ) | |
| NORMAN MINETA, SECRETARY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| ——————————————————— | ) | |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITION

Pursuant to Fed. R. Civ. P. 6(b)(2), Defendants respectfully request for an extension of time from February 28, 2006, to March 9, 2006, to respond to *pro se* Plaintiff Percy Newby's Opposition to Defendant's Motion to Dismiss.   A scheduling order has not been entered in this case.  Pursuant to Local Rule 7(m), the undersigned counsel intended to contact Mr. Newby to seek his consent for this motion; however, the undersigned cannot locate Mr. Newby's phone number, which is not listed on his Complaint or the Court's docket.

There is good cause to grant this motion.  On February 3, 2006, Defendant moved to dismiss the above-captioned action and filed an opposition to Plaintiff's motion for a preliminary injunction.  See Dkt No. 13 and 14.  Subsequently, on February 23, 2006, the Court issued an order directing Mr. Newby to respond to Defendant's dispositive motion on or before March 13, 2006.  See Dkt. No. 19.  When the undersigned received this Order the undersigned computed Defendant's reply brief to be due on March 20, 2006, counting from March 13, 2006.

However, it appears that Mr. Newby filed his Opposition on or about February 21, 2006. See Dkt No. 17.  His Opposition was not entered into the Court's docket until February 23, 2006.

Id.  The undersigned inadvertently neglected to calendar Defendant's reply due date thinking that the Court's February 23, 2006 Order has already set the opposition deadline and, therefore, Defendant's reply deadline.  Based on Mr. Newby's Opposition, Defendant's reply was due on February 28, 2006.

The undersigned's inadvertent neglect is excusable because the undersigned was in the midst of trial that week.  Specifically, the undersigned served as co-counsel in a trial before Judge Robertson that started on February 27, 2006, and ended on March 2, 2006.  See George v. Leavitt, Civ. No. 01-654 (D.D.C.) (Robertson, J.).  Due to this trial, the undersigned inadvertently neglected to ask the Court for an extension of time to respond to Mr. Newby's Opposition.  The undersigned did not realize that the reply deadline was past due until this weekend when the undersigned reviewed the docket in this case.  Although Defendant recognizes that a Reply Brief is not necessary, Defendant believes that filing a Reply Brief here will further define the issues and help the Court decipher Mr. Newby's convoluted Opposition Brief.

For these reasons, Defendants respectfully request for an extension until March 9, 2006, to respond to Mr. Newby's Opposition.


Dated: March 6, 2006.                          Respectfully Submitted,


                                               _____/s/_____
                                               KENNETH L. WAINSTEIN, D.C. BAR #451058
                                               United States Attorney


                                               _____/s/_____
                                               R. CRAIG LAWRENCE, D.C. BAR #171538
                                               Assistant United States Attorney

_____/s/_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PERCY NEWBY, | ) | |
| PMB #308 | ) | |
| c/o 17719 Pacific Ave. S. | ) | |
| Spanaway, WA 98387 | ) | |
| | ) | |
|     Plaintiff, | ) | Civil No.: 05-1800 RMC |
| | ) | ECF |
|     v. | ) | |
| | ) | |
| NORMAN MINETA, SECRETARY, | ) | |
| U.S. DEPARTMENT OF | ) | |
| TRANSPORTATION, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR**
**AN EXTENSION OF TIME TO RESPOND TO**
**PLAINTIFF'S OPPOSITION**

Upon consideration of Defendants' Motion for An Extension of Time to Respond to

Plaintiff's Opposition and the entire record herein, it is this _____ day of March, 2006,

ORDERED that Defendant's Motion for An Extension of Time to Respond to Plaintiff's

Opposition be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up and including March 9, 2006, to

respond to Plaintiff's Opposition.

SO ORDERED.

_____

United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on March 6, 2006, service of the foregoing

Defendants' Motion for Extension of Time to Respond to Plaintiff's Opposition was made via

the Court's Electronic Case Filing System and by first class, postage prepaid mail to pro se

plaintiff addressed as follows:


Mr. Percy Newby
PMB #308
c/o 17719 Pacific Ave. S.
Spanaway, WA 98387


_____/s/_____
JOHN C. TRUONG
Assistant United States Attorney