

U.S. Department of Justice

Civil Division

SMS:RKaterberg:gej  
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

JAN 6 2006

*Washington, D.C. 20530*  
Telephone:  
(202) 616-8298

Mr. Kenneth L. Wainstein  
United States Attorney  
  for the District of Columbia  
Judiciary Center Bldg.  
555 4th Street, N.W.  
Washington, D.C. 20001

    Re:    Request for Representation for Secretary of Transportation  
             Norman Y. Mineta in Newby v. Department of Transportation, et al.,  
             Civ. A. No. 05-1800 (RMC) (D.D.C.)

Dear Mr. Wainstein:

      The Department of Justice has authorized representation by your office of Norman Y. Mineta, Secretary of Transportation, in the above-referenced action. Enclosed is a draft letter agreement for your use in responding to the request for representation. Also enclosed for your information is the Acknowledgment of Conditions Form DOJ-399, which should be sent to Secretary Norman Y. Mineta when notifying him that your office will represent him in the above-referenced action.

                              Sincerely yours,

                                PETER D. KEISLER  
                             Assistant Attorney General  
                              Civil Division

          By:

                                Joseph H. Hunt  
                                Director  
                              Federal Programs Branch

Enclosures

GOVERNMENT EXHIBIT Reply 1