UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PERCY NEWBY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.: 05-1800 RMC |
| | ) | ECF |
| v. | ) | |
| | ) | |
| NORMAN MINETA, SECRETARY, | ) | |
| U.S. DEPARTMENT OF | ) | |
| TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING OF CERTIFICATE OF SERVICE**

On March 9, 2006, Defendants filed Defendants's Reply in Support of Motion to Dismiss and Opposition to Plaintiff's Motion for Preliminary Injunction. See Dkt. No.22. On that same day, Defendants also sent a copy of same to *pro se* Plaintiff Percy Newby. However, Defendants inadvertently neglected to include a Certificate of Service with the Reply Brief. Therefore, Defendants are now filing a Certificate of Service showing that Defendants served Mr. Newby with the Reply Brief on March 9, 2006.

Dated: March 10, 2006.          Respectfully Submitted,

                                /s/
                                KENNETH L. WAINSTEIN, D.C. BAR #451058
                                United States Attorney


                                /s/
                                R. CRAIG LAWRENCE, D.C. BAR #171538
                                Assistant United States Attorney

        /s/
_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PERCY NEWBY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.: 05-1800 RMC |
| | ) | ECF |
| v. | ) | |
| | ) | |
| NORMAN MINETA, SECRETARY, | ) | |
| U.S. DEPARTMENT OF | ) | |
| TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on March 9, 2006, service of <u>Defendants' Reply in Support of Defendant's Motion to Dismiss and Opposition to Plaintiff's Motion for Preliminary Injunction</u> was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to <u>pro se</u> plaintiff addressed as follows:

Mr. Percy Newby
PMB #308
c/o 17719 Pacific Ave. S.
Spanaway, WA 98387

/s/
JOHN C. TRUONG
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on March 10, 2006, service of the foregoing <u>Notice of Filing of Certificate of Service</u> was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to <u>pro se</u> plaintiff addressed as follows:

Mr. Percy Newby
PMB #308
c/o 17719 Pacific Ave. S.
Spanaway, WA 98387

                                                                /s/
                                          JOHN C. TRUONG
                                          Assistant United States Attorney