*PLAINTIFF:*
Percy Newby, TRUSTEE
PMB #308
C/o 17719 Pacific Ave. S.
Spanaway
Washington

        District Court of the United States
           For the District of Columbia

| **Percy Newby,** TRUSTEE<br>PLAINTIFF<br><br>VS.<br><br>**DEPARTMENT OF TRANSPORTATION;** et al.<br>DEFENDANTS | No.<br><br>**05-CV-01800 RMC**<br><br>**PRAECIPE**<br>FOR DETERMINATION OF ISSUE RE: DEFENDANTS MOTION TO DISMISS (DKT#13)<br><br>Service |
|---|---|

**COMES NOW THE PLAINTIFF** to Praecipe the court to hear and determine Defendants "MOTION TO DISMISS …" (Dkt #13).

Since the court has essentially stayed further proceedings (discovery, protective orders, etc.) pending hearing of the motion to dismiss, Plaintiff has no remedy to proceed and is daily prejudiced by the court's delay in hearing the motion to dismiss. Either the court will deny the motion and Plaintiff may proceed, or alternatively the court will grant

---
Newby-Trustee v Mineta PRAECIPE to hear D-Mtn2Dismiss.doc

RECEIVED
MAY 1 0 2006
NANCY MAYER WHITTINGTON, CLERK

the motion and Plaintiff may appeal, but without action, Plaintiff is denied any further due process remedy.

Plaintiff responded to the motion to dismiss as requested by the court at Docket #19 (see Dkt # 17, 20, 25, and 26).

Wherefore Plaintiff asks the court to hear and determine the motion to dismiss without further delay.

Respectfully presented this 8th day of May 2006.

*[signature]*

Percy Newby, TRUSTEE
Plaintiff

---

**SERVICE CERTIFICATE**

Declarant states that Declarant is competent to be a witness and that Declarant placed a copy of the instrument to which this certificate is affixed in the United States mail, First Class Postage prepaid addressed to each party and/or party's counsel as provided by law.

Signature _Jeanne Stockinger_
Name _Jeanne Stockinger_
Date Executed _5-8-06_