UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Percy Newby,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civ. Action No. 05-1800 (RMC) |
| | ) |
| **Department of Transportation,** *et al.***,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently with this Order, it is hereby

**ORDERED** that the Department of Transportation and Norman Mineta's motion to dismiss [Dkt. #13] is **GRANTED**; it is

**FURTHER ORDERED** that Percy Newby's motions for a preliminary injunction [Dkt. #11] and for a ruling on the motion to dismiss [Dkt. #27] are **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

/s/
Rosemary M. Collyer
United States District Judge

Date: July 18, 2006