*PLAINTIFF:*
Percy Newby, TRUSTEE
PMB #308
C/o 17719 Pacific Ave. S.
Spanaway
Washington

District Court of the United States
For the District of Columbia

| | |
|---|---|
| **Percy Newby,** TRUSTEE<br>　PLAINTIFF /APPELLANT<br><br>VS.<br><br>**DEPARTMENT OF<br>TRANSPORTATION;** et al.<br>　DEFENDANTS /RESPONDENT | No.<br><br>**05-CV-01800 RMC**<br><br>NOTICE OF APPEAL TO THE<br>CIRCUIT COURT OF THE<br>UNITED STATES<br><br>*Service* |

**COMES NOW THE PLAINTIFF /APPELLANT** to provide the court NOTICE OF APPEAL as to the FINAL APPEALABLE ORDER issued by Judge Collyer on July 18, 2006.

SPECIFICALLY:

**1.** Plaintiff /Appellant appeals the unlawful conversion of its action from the "district court of the United States organized by congress under article III of the federal constitution to a legislative tribunal, UNITED STATES DISTRICT COURT, organized by congress pursuant to Article IV of the

---

Newby-Trustee v Mineta APPEAL Notice 01.doc

**RECEIVED**
AUG 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

federal constitution to resolve territorial and municipal disputes. ROSEMARY M. COLLYER [AKA: Judge Collyer] ACTED WITHOUT CONSTITUTIONAL AUTHORITY, AND TOTALLY OUTSIDE THE SCOPE OF CONSTITUTIONAL JUDICIAL AUTHORITY IN CONVERTING THE ACTION FROM ARTICLE III JURISDICTION TO ARTICLE IV JURISDICTION, AND WITHOUT ANY DUE PROCESS HEARING ON THAT CONSTITUTIONAL QUESTION OF JURISDICTION.

**2.** Plaintiff /Appellant appeals the factual findings as not supported by the record. THE TRIAL COURT ERRED, ABUSED ITS DISCRETION, OR ACTED ENTIRELY WITHOUT ANY DELEGATED JUDICIAL POWERS IN FINDING FACTS CONTRARY TO THE RECORD.

**3.** Plaintiff /Appellant appeals the Analysis of what the court characterizes as "The APA Claim". THE TRIAL COURT ERRED, ABUSED ITS DISCRETION, OR ACTED ENTIRELY WITHOUT ANY DELEGATED JUDICIAL POWERS IN FINDING THAT THE CLAIM WAS ONLY BROUGHT BEFORE THE COURT EXCLUSIVELY PURSUANT TO THE APA WHERE THE PLEADINGS CLEARLY ESTABLISH THAT THE CLAIM IS BROUGHT AS A MATTER OF COMMON-LAW AND SECONDARILY INVOKES ANY APPLICABLE APA JURISDICTION.

**4.** Plaintiff /Appellant appeals the Analysis of "The Constitutional Claim". THE TRIAL COURT ERRED, ABUSED ITS DISCRETION, OR ACTED ENTIRELY WITHOUT ANY DELEGATED JUDICIAL POWERS IN DISMISSING THE DECLARATORY CLAIMS BASED UPON SEPARATE AND DISTINCT, AND NECESSARILY SUBSEQUENT, DAMAGES CLAIMS AS TO THE TAKINGS CLAIMS: THE RECORD CLEARLY ESTABLISHES THAT A DECLARATORY DETERMINATION WAS REQUESTED AS TO THE AUTHORITY OF THE SECRETARY AND/OR HIS SUBORDINATE AGENT'S /AGENCIES AUTHORITY TO DEMAND A TAKING OF THE ORIGINAL PROOF OF OWNERSHIP OF PROPERTY AS A PRECONDITION OF EXERCISING THE PRIVATE OWNERS' PROPERTY INTEREST IN THE PROPERTY.

**5.** Plaintiff /Appellant appeals the Analysis of "The Claim Against Secretary Mineta". THE TRIAL COURT ERRED, ABUSED ITS DISCRETION, OR ACTED ENTIRELY WITHOUT ANY DELEGATED JUDICIAL POWERS AND SUBSTANTIALLY MISREPRESENTING THE FACTS AS ALLEGED IN THE RECORD: THE RECORD SHOWS THAT AGENT AUSTIN IS AN AGENT OF SECRETARY MINETA, NOT THE SECONDARY AGENCY, FAA; SECRETARY MINETA IS PERSONALLY THE

ACTOR WHEN AN ACT IS PERFORMED BY AN AGENT; SECRETARY MINETA WAS PROVIDED ACTUAL NOTICE OF THE ACTS OF HIS AGENT AUSTIN AND HAS FAILED TO TAKE ANY ACTION TO CORRECT ANY OUTSTANDING INJURY(S) OR DAMAGES RESULTING FROM HIS ACTS AND/OR PREVENT FURTHER INJURY(S) AND/OR DAMAGES RESULTING FROM HIS ACTS EFFECTIVELY AND PERSONALLY RATIFYING AND CONDONING THE UNLAWFUL ACTS THEREBY MAKING THE (UNLAWFUL) ACTS FULLY AND EXCLUSIVELY THE PERSONALLY INVOLVED ACTS OF SECRETARY MINETA; EVEN HAVING BEEN PERSONALLY SUED, SECRETARY MINETA HAS NOT TAKEN ANY CURATIVE ACTION REGARDING HIS (UNLAWFUL) ACTS; SECRETARY MINETA, HAVING AN OATH OF OFFICE CONTRACT <u>EXECUTED AS A PRIVATE PARTY BEFORE</u> ENTERING UPON THE DUTIES OF THE OFFICE OF SECRETARY HAS AN EXTRAORDINARY DUTY TO PREVENT OR CORRECT WRONGS DONE IN HIS NAME AND AS AN ACT OF HIS OFFICE; SECRETARY MINETA HAS REFUSED OR WILLFULLY NEGLECTED TO TAKE ANY SUCH CURATIVE ACTION.

<u>NOTE</u>: Plaintiff /Appellant specifically does not appeal the issue(s) that: any Claim exceeding the

statutory limit must be brought before the Court of Federal Claims; a claim exclusively brought pursuant to the APA must be heard by the circuit court.

WHEREFORE: Plaintiff /Appellant hereby appeal the above described errors to the circuit court of the United States.

Respectfully presented this 20 day of July 2006.

*P Newby*

Percy Newby, TRUSTEE
Plaintiff

---

**SERVICE CERTIFICATE**

Declarant states that Declarant is competent to be a witness and that Declarant placed a copy of the instrument to which this certificate is affixed in the United States mail, First Class Postage prepaid addressed to each party and/or party's counsel as provided by law.

Signature _Jeanne Stock_
Name _Jeanne Stockinger_
Date Executed _7-31-06_